Bradley T. Austin
Nevada Bar No. 13064
SNELL & WILMER LLP
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

Attorneys for Defendant Equifax Information Services LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL C. WOLFORD,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; WORLD'S FOREMOST BANK D/B/A CABELAS WFB; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:17-cv-02013-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Daniel C. Wolford has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from August 17, 2017 through and including **August 30, 2017**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint

///

///

4844-8658-0301

will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 17th day of August, 2017.

SNELL & WILMER LLP

By: /s/ Bradley T. Austin
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Equifax Information Services LLC*

HAINES & KRIEGER, LLC

By: /s/ David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff*

IT IS SO ORDERED:

United States Magistrate Judge

DATED: August 21, 2017

- 2 -

4844-8658-0301